IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gatherwright Freeman & Associates, et al.,  :
:
       Plaintiff(s),  :
:  Case Number: 1:13cv597
vs.  :
:  Chief Judge Susan J. Dlott
Manjinder Singh, et al.,  :
:
       Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 15, 2013 a Report and Recommendation (Doc. 23). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to remand (Doc. 18) is **GRANTED.**  The remaining pending motions (Docs. 3, 7, 8, 9, 10, 11, 14, 15 and 16) are **TERMINATED AS MOOT**.  This case is **REMANDED** back to Butler County and is **TERMINATED** off the docket of this Court.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Chief Judge Susan J. Dlott
   United States District Court